

**Daniel DeSouza, Esq.**
Attorney at Law
Phone: (954) 603-1340
ddesouza@desouzalaw.com

3111 N. University Drive
Suite 301
Coral Springs, FL 33065

**MEMO ENDORSED**

January 11, 2022

**VIA ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

      *RE:*    *Dealerwing LLC v. John Lerner, Case No. 7:21-cv-06429-KMK*

Dear Judge Karas:

    I represent defendant John Lerner ("Defendant") in the above-referenced lawsuit. On December 28, 2021, plaintiff Dealerwing LLC ("Plaintiff") filed its Second Amended Complaint [D.E. 23] in this action. Pursuant to the Federal Rules of Civil Procedure, Defendant's response thereto is currently due on or before January 11, 2022.

    I write to request a 10-day extension of time for Defendant to file his response to the Second Amended Complaint as undersigned counsel requires additional time to review Plaintiff's allegations and as a result of intervening holiday travel. Counsel for Plaintiff has graciously agreed to the requested extension.

Granted.
So Ordered.
*/s/ KMK*
1/11/22

Very truly yours,

*Daniel DeSouza*

Daniel DeSouza, Esq.

Enclosures