UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DEALERWING LLC,

                        Plaintiff,                     **ORDER**

    -against-                               21 Civ. 6429 (KMK)(JCM)

JON LERNER, *et al.*,

                        Defendants.
------------------------------------------------------------X

       On October 31, 2022, the parties participated in a settlement conference before the Honorable Paul E. Davison. The case did not settle; therefore, the parties are directed to meet and confer regarding all outstanding discovery issues and file a joint letter, by November 10, 2022, setting forth any disputes that remain. In addition, the Court will hold an in-person conference on November 17, 2022 at 4:00 p.m. in Courtroom 421.

Dated: November 1, 2022
        White Plains, New York

                                              **SO ORDERED:**

                                              _____
                                              JUDITH C. McCARTHY
                                              United States Magistrate Judge