

MEMO ENDORSED

Peter T. Shapiro
77 Water Street, Suite 2100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

December 13, 2022

**VIA ECF**

Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

    Re:    *Dealerwing LLC v. Lerner et. al.*
           Case No. 7:21-cv-06429-KMK-JCM

Dear Judge Karas:

    I am counsel for plaintiff. I write with the consent of defendants' attorney to request that the Court adjourn the conference scheduled for December 15, 2022 to a date convenient to the Court after the close of discovery on January 15, 2023.

    Thank you for your attention to this matter.

Respectfully,

*Peter T. Shapiro*

Peter T. Shapiro of
LEWIS BRISBOIS BISGAARD & SMITH LLP

cc:    All counsel of record (via ECF)

Granted. The Court will hold a teleconference on February 16, 2023 at 11:30 AM

SO ORDERED
KENNETH M. KARAS U.S.D.J.
12/14/2022

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY
LOUISIANA • MARYLAND • MASSACHUSETTS • MINNESOTA • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA