UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

Dealerwing LLC,

                              Plaintiff,                        21-CV-6429 (KMK)

           -against-                                 CALENDAR NOTICE

Jon Lerner, et al.,

                            Defendants.
-------------------------------------------------------------------------X

      Please take notice that the above captioned action has been scheduled for oral argument

on the Plaintiff's Motion for Summary Judgment before the Honorable Kenneth M. Karas,

United States District Judge, on Thursday, June 20, 2024 at 10:00 a.m.  Counsel shall call the

following number at the designated time: Meeting Dial-In Number (USA toll-free):

(888) 363-4749 Access Code: 7702195.


Dated: June 14, 2024
      White Plains, New York

                                        So Ordered

                                        Kenneth M. Karas, U.S.D.J.