UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEALERWING LLC,<br><br>         Plaintiff,<br><br>  v.<br><br>LERNER, ET AL.,<br><br>         Defendants. | No. 21-CV-6429 (KMK)<br><br>ORDER |

KENNETH M. KARAS, United States District Judge:

  For the reasons stated on the record during the Court's June 20, 2024, hearing, Plaintiff's Motion for Partial Summary Judgment, (Dkt. No. 121), is denied. The Clerk of Court is respectfully directed to terminate the pending Motion.

SO ORDERED.

Dated: June 20, 2024
     White Plains, New York

                          KENNETH M. KARAS
                            United States District Judge